**SHAPIRO & NORDMEYER, L.L.P.**
Attorneys at Law
7300 Metro Boulevard, Suite 390
Edina, Minnesota, 55439-2306

Gerald M. Shapiro*
David Kreisman**
Nancy A. Nordmeyer
Lawrence P. Zielke***
Beth W. Asmussen
*Admitted in Illinois and Florida only
**Admitted in Illinois only
***Also admitted in Wisconsin

TELEPHONE: (952) 831-4060
TELECOPIER: (952) 831-4734

July 27, 2005

Calendar Clerk
U.S. Bankruptcy Court
U.S. Courthouse
515 West First Street
Duluth, MN  55802-1397

    Re:  Connie Dixon
        BKY Case #05-50496-GFK
        Our File - 05-31617

Dear Clerk:

Please withdraw the above-captioned hearing which was set for August 10, 2005.
Thanks in advance.

Sincerely,

Nancy A. Nordmeyer
Attorney at Law

NAN:sp

cc:  Dorraine Larison, Trustee
     U.S. Trustee
     Sam Calvert, Esq.
     Connie Dixon
     Westgate Investments Inc.